# MINUTES

# OF

# 982 SW 159TH DR LLC



## SPIEGEL & UTRERA, P.A.

### L A W Y E R S

www.amerilawyer®.com

1840 CORAL WAY, 4TH FLOOR, MIAMI, FL 33145 - (305) 854-6000 - (800) 603-3900 - FACSIMILE
(305) 857-3700

MAILING ADDRESS - POST OFFICE BOX 450605, MIAMI, FL 33245-0605

## ASSIGNMENT OF ORGANIZER'S INTEREST

I hereby assign to:

Global Productive Business Inc

Cynthia Banks

all my rights, title and interest as an Organizer of 982 SW 159TH DR LLC a Limited Liability Company organized under the laws of the State of Florida.

EXECUTED this 20 August 2024

_____
Elsie Sanchez, Organizer

## MINUTES OF ORGANIZATION MEETING

## OF

## MEMBERS

## OF

## 982 SW 159TH DR LLC

The members held the organization meeting of 982 SW 159TH DR LLC at 1221 Brickell Avenue, Suite 900, Miami, Florida 33131 on 20 August 2024, at 2:00 o'clock pm.

The meeting was called to order by Global Productive Business Inc, a member of 982 SW 159TH DR LLC

A motion was made, seconded and carried electing Kristen White as temporary chairman and temporary secretary of the meeting. Said positions were accepted by said member who proceeded to carry out said duties.

The temporary secretary then called the names of the members. All of the members were found to be present.

The temporary secretary announced that all of the members were present. The temporary chairman then declared that the meeting was in compliance with applicable Florida Law. Waivers of notice(s) of the time and place of the present organization meeting for each of the members of 982 SW 159TH DR LLC were then presented and read by the secretary. Said documents were directed to be filed and spread at length upon these minutes.

A copy of the Articles of Organization of 982 SW 159TH DR LLC were then read by the temporary secretary who indicated that on the date stamped thereon, the original thereof together with the required filing fees and taxes were filed with the Department of State of Florida, receipt thereof evidenced by a letter received from the Department of State. On motion duly made and carried, it was

RESOLVED AND ORDERED that the temporary secretary's report be accepted and that a copy of the articles and letter be spread at length upon the minutes.

The following were duly nominated and, a vote having been taken, were unanimously elected officers of the 982 SW 159TH DR LLC to serve for one year and until their successors are elected and qualified:

Manager: Keen Vision Properties LLC

Secretary: Kristen White

The Manager and secretary thereupon assumed their respective offices in place and stead of the temporary chairman and the temporary secretary.

The Manager then reported that a set of proposed regulations had been prepared by counsel for 982 SW 159TH DR LLC pursuant to the instructions of the members. Each section of said regulations were then read and considered by the members.

A discussion was held by the members that the regulations shall be in full force and effect until such time when the Company adopts a written Operating Agreement in accordance with the Florida Limited Liability Company Act, as set forth in Chapter 608 of Title XXXVI of the Florida Statutes. The members acknowledge that the regulations shall serve as an initial governing document for the Company and shall be in full force and effect until such time when the Company executes a written Operating Agreement.

On motion duly made and carried, it was

RESOLVED that said proposed regulations be adopted and the secretary be directed to attach said regulations in 982 SW 159TH DR LLC's minute book.

The secretary then submitted a proposed form of 982 SW 159TH DR LLC's seal and upon motion, duly made, seconded and carried, the following form was selected as the seal for 982 SW 159TH DR LLC:

The following resolution was then duly made and carried:

RESOLVED that Elsie Sanchez, associate of Spiegel & Utrera, P.A., if requested by the Company, shall be appointed treasurer or assistant treasurer of this Company for the sole purpose of completing and submitting to the Internal Revenue Service form SS-4, Application for Employer Identification Number.

RESOLVED that Mary C. Spiegel, Esquire or Natalia Utrera, Esquire staff counsel of Spiegel & Utrera, P.A., if requested by the Company, shall be appointed assistant secretary of this Company for the sole purpose of completing and submitting to the Florida Department of Revenue form DR-1, Application for Florida Sales and Use Tax.

RESOLVED, that the members have agreed to open an account and deposit the funds of 982 SW 159TH DR LLC with the bank agreed on by the members. All drafts, checks and notes of 982 SW 159TH DR LLC, payable on said account shall be made in the name of 982 SW 159TH DR LLC, signed by such person(s) as are agreed on by the members. Furthermore, it is

## CERTIFICATE REGISTER AND MEMBERSHIP LIST

## OF

## 982 SW 159TH DR LLC

The following is a list of all members and capital contributions and membership interest:

### NAME & ADDRESS & CAPITAL CONTRIBUTIONS & MEMBERSHIP INTEREST

Global Productive Business Inc
112 West 34th Street, Floor 18
New York, New York 10120                     75%

Cynthia Banks
982 Southwest 159th Drive
Pembroke Pines, Florida 33027                25%