# REGULATIONS

# OF

# 982 SW 159TH DR LLC



**SPIEGEL & UTRERA, P.A.**

L A W Y E R S

www.amerilawyer®.com

1840 CORAL WAY, 4TH FLOOR, MIAMI, FL 33145 - (305) 854-6000 - (800) 603-3900 - FACSIMILE (305) 857-3700

MAILING ADDRESS - POST OFFICE BOX 450605, MIAMI, FL 33245-0605

# REGULATIONS

## OF

## 982 SW 159TH DR LLC

## ARTICLE 1
## OFFICES

**1.1     Principal Office.** The principal office of the Company, (hereinafter referred to as "Company") shall be established and maintained as designated in the Articles of Organization. The Company may also have offices at such places within the State of Florida or in another State as the Members may designate or as the business of the Company may from time to time require.

**1.2     Registered Office.** The initial registered office of the Company in the State of Florida, shall be Spiegel & Utrera, P.A., 1840 Coral Way, 4th Floor, Miami, Florida 33145, and the initial registered agent at such address is Spiegel & Utrera, P.A.

## ARTICLE 2
## MEETINGS

**2.1     Annual Meetings.** The annual meeting of the Members shall be held the first Monday in the month of January in each year, commencing at the hour of 10:00 o'clock a.m., for the purpose of electing an Manager and for the transaction of such other business as may come before the meeting. If the day fixed for the annual meeting shall be a legal holiday, such meeting shall be held on the next succeeding business day. If the election shall not be held on the day designated herein for the annual meeting of the Members, or at any adjournment thereof, the Members shall cause the election to be held at a special meeting of the Members as soon thereafter as it may conveniently be held.

**2.2     Regular Meetings.** The Members may by resolution prescribe the time and place for the holding of regular meetings and may provide that the adoption of such resolution shall constitute notice of such regular meetings. If the Members do not prescribe the time and place for the holding of regular meetings, such regular meetings shall be held at the time and place specified by the Manager in the notice of each such regular meeting.

**2.3     Special Meetings.** Special meetings of the Members, for any purpose or purposes, unless otherwise prescribed by statute, may be called by the Manager or by any two Members.

**2.4     Notice of Meeting.** Written or telephonic notice stating the place, day and hour of the meeting and, in case of a special meeting, the purposes for which the meeting is called, shall be delivered not less than three days before the date of the meeting, either personally or by mail, by or at the direction of the Manager, to each Member of record entitled to vote at such meeting. If mailed, such notice shall be deemed to be delivered when deposited in the United States mail, addressed to the Member at his address as it appears on the books of the Company, with postage thereon prepaid. When all the Members of the Company are present at any meeting, or if those not present sign in writing a waiver of notice of such meeting, or subsequently ratify all the proceedings thereof, the transactions of such meeting are as valid as if the meeting were formally called and notice had been given.

**2.5    Quorum.** At any meeting of the Members, a majority of the equity interests, as determined from the capital contribution of each Member as reflected by the books of the Company, represented in person or by proxy, shall constitute a quorum at a meeting of Members. If less than said majority of the equity interest are represented at a meeting, a majority of the interest so represented may adjourn the meeting from time to time without further notice. At such adjourned meeting at which a quorum shall be present or represented, any business may be transacted which might have been transacted at the meeting as originally notified. The Members present at a duly organized meeting may continue to transact business until adjournment, notwithstanding the withdrawal of enough Members to leave less than a quorum.

**2.6    Proxies.** At all meetings of Members, a Member may vote by proxy executed in writing by the Member or by his duly authorized attorney-in-fact. Such proxy shall be filed with the Manager of the Company before or at the time of the meeting. No proxy shall be valid after three months from date of execution, unless otherwise provided in the proxy.

**2.7    Voting by Certain Members.** Membership Certificates standing in the name of a corporation, partnership or company may be voted by such officer, partner, agent or proxy as the Bylaws of such entity may prescribe or, in the absence of such provision, as the Board of Directors of such entity may determine. Certificates held by a trustee, personal representative, administrator, executor, guardian or conservator may be voted by him, either in person or by proxy, without a transfer of such certificates into his name.

**2.8    Manner of Acting.**

    **2.8.1    Formal Action by Members.** Ordinarily, the act of a majority of the Members present at a meeting at which a quorum is present shall be the act of the Members. Upon demand of any Member, voting on a particular issue may be in accordance with percentage of equity ownership in the Company.

    **2.8.2    Procedure.** The Manager of the Company shall preside at meetings of the Members, may move or second any item of business but shall not vote upon any matter when there is an even number of Members present and the Members are evenly divided as to an issue. A record shall be maintained of the meetings of the Members. The Members may adopt their own rules of procedure which shall not be inconsistent with these Regulations.

    **2.8.3    Presumption of Assent.** A Member of the Company who is present at a meeting of the Members at which action on any matter is taken shall be presumed to have assented to the action taken, unless his dissent shall be entered in the minutes of the meeting or unless he shall file his written dissent to such action with the person acting as the secretary of the meeting before the adjournment thereof or shall forward such dissent by certified mail to the secretary of the meeting immediately after the adjournment of the meeting. Such right to dissent shall not apply to a Member who voted in favor of such action.

**2.8.4   Informal Action of Members.** Unless otherwise provided by law, any action required to be taken at a meeting of the Members, or any other action which may be taken at a meeting of the Members, may be taken without a meeting if a consent in writing, setting forth the action so taken, shall be signed by all the Members entitled to vote with respect to the subject letter thereof.

**2.9   Order of Business.** The order of business at all meetings of the Members shall be as follows:

1.   Roll Call.
2.   Proof of notice of meeting or waiver of notice.
3.   Reading of minutes of preceding meeting.
4.   Report of the Manager.
5.   Reports of Committees.
6.   Unfinished Business.
7.   New Business.

**2.10   Telephonic Meeting.** Members of the Company may participate in any meeting of the Members by means of conference telephone or similar communication if all persons participating in such meeting can hear one another for the entire discussion of the matter(s) to be voted upon. Participating in a meeting pursuant to this Section shall constitute presence in a person at such meeting.

## ARTICLE 3
## FISCAL MATTERS

**3.1   Fiscal Year.** The fiscal year of the Company shall begin on the first day of January and end on the last day of December each year, unless otherwise determined by resolution of the Members.

**3.2   Deposits.** All funds of the Company shall be deposited from time to time to credit of the Company in such banks, trust companies or other depositories as the Members may select.

**3.3   Checks, Drafts, Etc.** All checks, drafts or other orders for the payment of money, and all notes or other evidences of indebtedness issued in the name of the Company shall be signed by the Manager.

**3.4   Loans.** No loans shall be contracted on behalf of the Company or no evidences of indebtedness shall be issued in its name unless authorized by a resolution of the Members. Such authority may be general or confined to specific instances.

**3.5   Contracts.** The Members may authorize any Member or agent of the Company, in addition to the Manager, to enter into any contract or execute any instrument in the name of and on behalf of the Company, and such authority may be general or confined to specific instances.

**3.6    Accountant.** An Accountant may be selected from time to time by the Members to perform such tax and accounting services as may, from time to time be required. The accountant may be removed by the Members without assigning any cause.

**3.7    Legal Counsel.** One or more Attorney(s) at Law may be selected from time to time by the Members to review the legal affairs of the Company and to perform such other services as may be required and to report to the Members with respect thereto. The Legal Counsel may be removed by the Members without assigning any cause.

## ARTICLE 4
## MEMBERSHIP CERTIFICATES AND THEIR TRANSFER

**4.1    Certificates.** Membership Certificates representing equity interest in the Company shall be in such form as shall be determined by the Members. Such Membership Certificates shall be signed by the Manager and by all other Members. All Membership Certificates shall be consecutively numbered or otherwise identified. The name and address of the person to whom the Membership Certificates are issued, with the Capital Contribution and the date of issue, shall be entered in the Certificate Register of the Company. In the case of a lost, destroyed or mutilated Membership Certificate, a new one may be issued upon such terms and indemnity to the Company as the Members may prescribe.

**4.2    Certificate Register.** Any and all changes in Members or their amount of capital contribution shall be formalized by filing notice of the same with the Secretary of State of Florida by amendment of the Articles of Organization. The most recent filing of the Articles of Organization, as amended, shall be deemed the Register of Certificates.

**4.3    Transfer of Certificates.** Any Member proposing a transfer or assignment of his Membership Certificate shall first notify the Company, in writing, of all the details and consideration for the proposed transfer or assignment.

If the transfer or assignment is made as originally proposed and the other Members fail to approve the transfer or assignment by unanimous written consent, the transferee or assignee shall have no right to participate in the management of the business and affairs of the Company or to become a Member. The transferee or assignee shall only be entitled to receive the share of the profit or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

## ARTICLE 5
## BOOKS AND RECORDS

**5.1    Books and Records.** The books and records of the Company shall be kept at the principal office of the Company or at such other places, within the State of Florida, or in another State as the Members shall from time to time determine.

**5.2    Right of Inspection.** Any Member of record shall have the right to examine, at any reasonable time or times for all purpose, the books and records of account, minutes and records of Members and to make copies thereof. Such inspection may be made by any agent or attorney of the Member. Upon the written request of any Member of the Company, it shall mail to such Member its most recent financial statements, showing in reasonable detail its assets and liabilities and the results of its operations.

**5.3    Financial Records.** All financial records shall be maintained and reported based on general acceptable accounting practices.

## ARTICLE 6
## DISTRIBUTION OF PROFITS

The Members may from time to time unanimously declare, and the Company may distribute, accumulated profits agreed not necessary for the cash needs of the Company's business. Unless otherwise provided, retained profits shall be deemed an increase in capital contribution of the Company.

## ARTICLE 7
## OFFICERS

**7.1    Manager.** The Manager shall be the Chief Executive Officer of the Company responsible for the general overall supervision of the business and affairs of the Company. He shall, when present, preside at all meetings of the Members. The Manager may sign, on behalf of the Company, such deeds, mortgages, bonds, contracts or other instruments which have been appropriately authorized to be executed, by the Members except in cases where the signing or execution thereof shall be expressly delegated by the Member or by Statute to some other Officer or Agent of the Company; and, in general, he shall perform all duties as may be prescribed by the Board from time to time.

The specific authority and responsibility of the Manager shall also include the following:

**7.1.1**   The Manager shall effectuate these Regulations and the decisions of the Members.

**7.1.2**   The Manager shall direct and supervise the operations of the Company.

**7.1.3**   The Manager, within such parameters as may be set by the Members, shall establish such charges for services and products of the Company as may be necessary to provide adequate income for the efficient operation of the Company.

**7.1.4**   The Manager, within the budget established by the Members, shall set and adjust wages and rates of pay for all personnel of the Company and shall appoint, hire and dismiss all personnel and regulate their hours of work.

7.1.5   The Manager shall keep the Members advised in all matters pertaining to the operation of the Company, services rendered, operating income and expense, financial position, and, to this end, shall prepare and submit a report to the Members at each regular meeting and at other times as may be directed by the Members.

7.2   **Other Officers.**   The Company may, at the discretion of the Members, have additional Officers including, without limitation, one or more Vice-Managers, one or more Secretaries and one or more Treasurers. Officers need not be selected from among the Members. One person may hold two or more offices. When the incumbent of an office is (as determined by the incumbent himself or by the Members) unable to perform the duties thereof, or when there is no incumbent of an office (both such situations referred to hereafter as the "absence" of the Officer), the duties of the officer shall be performed by the person specified by the Members.

7.3   **Election and Tenure.**   The Officers of the Company shall be elected annually by the Members at the annual meeting. Each Officer shall hold office from the date of his election until the next annual meeting and until his successor shall have been elected, unless he shall sooner resign or be removed.

7.4   **Resignations and Removal.**   Any Officer may resign at any time by giving written notice to the Manager or to all of the Members, and, unless otherwise specified therein, the acceptance of such resignation shall not be necessary to make it effective. Any Officer may be removed at any time by the Members with or without cause.

7.5   **Vacancies.**   A vacancy in any office may be filled for the unexpired portion of the term by the Members.

7.6   **Salaries.**   The salaries of the officers shall be fixed from time to time by the Members and no officer shall be prevented from receiving such salary by reason of the fact that he is also a Member of the Company.

## ARTICLE 8
## MISCELLANEOUS

8.1   **Notice.**   Any notice required or permitted to be given pursuant to the provisions of the Statute, the Articles of Association of the Limited Liability Company or these Regulations shall be effective as of the date personally delivered, or if sent by mail, on the date deposited with United States Postal Service, prepaid and addressed to the intended receiver at his last known address as shown in the records of the Company.

8.2   **Waiver of Notice.**   Whenever any notice is required to be given pursuant to the provisions of the Statute, the Articles of Organization of the Limited Liability Company or these Regulations, a waiver thereof, in writing, signed by the persons entitled to such notice, whether before or after the time stated therein, shall be deemed equivalent to the giving of such notice.

**8.3    Duality of Interest Transactions.** Members of the Company have a duty of undivided loyalty to the Company in all matters affecting the Company's interests.

**8.4    Anticipated Transactions.** Notwithstanding the provision of Section 8.3, it as anticipated that the Members and Officers will have other legal and financial relationships. Representatives of the Company, along with representatives of other entities, may from time to time, participate in the joint development of contracts and transactions designed to be fair and reasonable to each participant and to afford an aggregate benefit to all participants. Therefore, it is anticipated that the Company will desire to participate in such contracts and transactions and, after ordinary review for reasonableness, that the participation of the Company in such contracts and transactions may be authorized by the Members.

**8.5    Gender and Number.** Whenever the context requires, the gender of all words used herein shall include the masculine, feminine and neuter, and the number of all words shall include the singular and plural thereof.

**8.6    Articles and other Headings.** The Articles and other headings contained in these Regulations are for reference purposes only and shall not affect the meaning or interpretation.

**8.7    Reimbursement of Officers and Members.** Officers and Members shall receive reimbursement for expenses reasonably incurred in the performance of their duties.

**8.8    Conflict.** When the Company adopts an Operating Agreement, if any provision of these Regulations conflicts with one or more provisions of a written Operating Agreement, the provisions of a written Operating Agreement shall control.

**ARTICLE 9**
**OPERATING AGREEMENT AND AMENDMENTS**

These Regulations shall serve as an initial governing document for the Company and shall be in full force and effect until such time when the Company adopts a written Operating Agreement. These Regulations may be altered, amended, restated, or repealed and new Regulations may be adopted by unanimous action of all the Members, after notice and opportunity for discussion of the proposed alteration, amendment, restatement, or repeal.

CERTIFICATE NUMBER

\*\*\*000\*\*\*

## 982 SW 159TH DR LLC

## MEMBERSHIP CERTIFICATE

This Certifies that _____ is a Member of 982 SW 159TH DR LLC, a Limited Liability Company organized under the Laws of the State of Florida and is entitled to the full rights as more fully set forth in the Limited Liability Company's Articles of Organization and Operating Agreement. This Certificate is not transferable.

The Membership represented by this certificate has not been registered under Securities Act of 1933, as amended, or the securities laws of any state, and may not be offered for sale, sold or otherwise transferred except pursuant to an effective registration statement under the Securities Act and any applicable state securities laws, or pursuant to an exemption from registration under the Securities Act and any applicable state securities laws." All certificates for Membership of the Company owned by the Members or their Transferees shall be endorsed with the following statement: "The equity interest represented by this Certificate are subject to the terms of an Operating Agreement dated on the August 20, 2024, a copy of which is on file at the principal office of the Company and may be obtained from the Secretary of the Company. By the registered holders acceptance of this Certificate, the registered holder agrees to be bound by all the terms and conditions of the aforementioned Operating Agreement dated the August 20, 2024 and to any amendment thereto which may be made from time to time."

In Witness Whereof, the said Limited Liability Company has caused this Certificate to be executed by its duly authorized Members and its Limited Liability Company Seal to be hereunto affixed this ____ day of _____, 20__, A.D.

_____ Member     _____ Member

Operating Manager     _____ Member     _____ Member

SPECIMEN

COMPANY SEAL

To sell, transfer, assign, exchange, gift or pledge this Certificate, visit www.amerilawyer®.com/transfer or call toll free (800) 603-3900 or your nearest Spiegel & Utrera, P.A. office.

# FOLD & ATTACH CANCELED CERTIFICATE IN THIS SPACE

CERTIFICATE No. _____01_____

FOR _____75%_____ MEMBER INTERESTS

Global Productive Business Inc

_____

DATED ___20 August 2024_____ 20 _____

### TRANSFER FROM ORIGINAL ISSUE BELOW
FOR WHOM TRANSFERRED:

DATED _____ 20 _____

| No. ORIGINAL CERTIFICATE | No. ORIGINAL MEMBER INTERESTS | No. OF MEMBER INTERESTS TRANSFERRED |
|---|---|---|
|  |  |  |
|  |  |  |

RECEIVED CERTIFICATE No. _____

FOR _____ MEMBER INTERESTS

THIS _____ DAY OF _____ 20 _____

_____

_____

### TRANSFER DETAILS FOR SURRENDERED CERTIFICATES

| NEW CERTIFICATES ISSUED TO: | No. OF MEMBER INTERESTS TRANSFERRED | No. OF NEW CERTIFICATE(S) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

To sell, transfer, assign, exchange, gift or pledge any Certificate, visit www.amerilawyer.com/transfer or call Toll Free (800) 603-3900 or your nearest Spiegel & Utrera, P.A. office to initiate the process.

Case 1:25-cv-22361-YH   Document 1-2   Entered on FLSD Docket 05/23/2025   Page 10 of 13

**CERTIFICATE NUMBER**

****01****

## 982 SW 159TH DR LLC

## MEMBERSHIP CERTIFICATE

This Certifies that Global Productive Business Inc. is a Member of 982 SW 159TH DR LLC, a Limited Liability Company organized under the Laws of the State of Florida and is entitled to the full rights as more fully set forth in the Company's Articles of Organization, By-Laws and Regulations. This Certificate is not transferable.

The Membership represented by this certificate has not been registered under Securities Act of 1933, as amended, or the securities laws of any state, and may not be offered for sale, sold or otherwise transferred except pursuant to an effective registration statement under the Securities Act and any applicable state securities laws, or pursuant to an exemption from registration under the Securities Act and any applicable state securities laws.
All certificates for Membership of the Company owned by the Members or their Transferees shall be endorsed with the following statement: "The equity interest represented by this Certificate are subject to the terms of an Operating Agreement dated on the 20 August 2024, a copy of which is on file at the principal office of the Company and may be obtained from the Secretary of the Company. By the registered holders acceptance of this Certificate, the registered holder agrees to be bound by all the terms and conditions of the aforementioned Operating Agreement dated the 20 August 2024 and to any amendment thereto which may be made from time to time."

In Witness Whereof, the said Limited Liability Company has caused this Certificate to be executed by its duly authorized Operating Manager and its Limited Liability Company Seal to be hereunto affixed this 20 August 2024, A.D.

| Operating Manager | Member | Member |
| --- | --- | --- |
| | Member | Member |

**COMPANY SEAL**

To sell, transfer, assign, exchange, gift or pledge this Certificate, visit www.amerilawyer®.com/transfer or call toll free (800) 603-3900 or your nearest Spiegel & Utrera, P.A. office.

# FOLD & ATTACH CANCELED CERTIFICATE IN THIS SPACE

CERTIFICATE NO. _____ 02 _____

FOR _____ 25% _____ MEMBER INTERESTS

Cynthia Banks

DATED _____ 20 August 2024 _____ 20 _____

## TRANSFER FROM ORIGINAL ISSUE BELOW

FOR WHOM TRANSFERRED:

DATED _____ 20 _____

| No. Original Certificate | No. Original Member Interests | No. Of Member Interests Transferred |
|---|---|---|
|  |  |  |
|  |  |  |

RECEIVED CERTIFICATE NO. _____

FOR _____ MEMBER INTERESTS

THIS _____ DAY OF _____ 20 _____

## TRANSFER DETAILS FOR SURRENDERED CERTIFICATES

| New Certificates Issued To: | No. Of Member Interests Transferred | No. Of New Certificate(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

To sell, transfer, assign, exchange, gift or pledge any Certificate, visit www.amerilawyer.com/transfer or call Toll Free (800) 603-3900 or your nearest Spiegel & Utrera, P.A. office to initiate the process.

Case 1:25-cv-22361-YH Document 1-2 Entered on FLSD Docket 05/23/2025 Page 13 of 13

CERTIFICATE
NUMBER

***08*4*

# 982 SW 159TH DR LLC

# MEMBERSHIP CERTIFICATE

This Certifies that Cynthia Banks, is a Member of **982 SW 159TH DR LLC**, a Limited Liability Company organized under the Laws of the State of Florida and is entitled to the full rights as more fully set forth in the Company's Articles of Organization, By-Laws and Regulations. This Certificate is not transferable.

The Membership represented by this certificate has not been registered under Securities Act of 1933, as amended, or the securities laws of any state, and may not be offered for sale, sold or otherwise transferred except pursuant to an effective registration statement under the Securities Act and any applicable state securities laws, or pursuant to an exemption from registration under the Securities Act and any applicable state securities laws.
All certificates for Membership of the Company owned by the Members or their Transferees shall be endorsed with the following statement: "The equity interest represented by this Certificate are subject to the terms of an Operating Agreement dated on the 20 August 2024, a copy of which is on file at the principal office of the Company and may be obtained from the Secretary of the Company. By the registered holders acceptance of this Certificate, the registered holder agrees to be bound by all the terms and conditions of the aforementioned Operating Agreement dated the 20 August 2024 and to any amendment thereto which may be made from time to time."

In Witness Whereof, the said Limited Liability Company has caused this Certificate to be executed by its duly authorized Operating Manager and its Limited Liability Company Seal to be hereunto affixed this 20 August 2024, A.D.

Operating Manager _____     Member _____     Member _____

Member _____     Member _____

COMPANY SEAL

To sell, transfer, assign, exchange, gift or pledge this Certificate, visit www.amerilawyer®.com/transfer or call toll free (800) 603-3900 or your nearest Spiegel & Utrera, P.A. office.