FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM
NYSCEF DOC. NO. 1

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

#1591.RO
5·19·25  11:03 AM

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| ANTOINE KEANE, individually and as principal of KEEN VISION GROUP CO., KEEN VISION PROPERTIES, LLC, GLOBAL PRODUCTIVE BUSINESS, INC., and SFNY GROUP, INC.; KEEN VISION GROUP CO.; KEEN VISION PROPERTIES, LLC; GLOBAL PRODUCTIVE BUSINESS, INC.; and SFNY GROUP, INC.;<br><br>                      Plaintiffs,<br><br>        v.<br><br>CYNTHIA BANKS and 982 SW 159 DR LLC;<br><br>                   Defendants. | Index No.<br><br>**SUMMONS**<br><br>Date Index No. Purchased: |

To the above named Defendants:

| | |
|---|---|
| **CYNTHIA BANKS**<br>311 SW 70th Terrace<br>Pembroke Pines, FL 33023 | **982 SW 159 DR LLC**<br>Spiegel & Utrera, P.A. (Registered Agent)<br>1840 Southwest 22nd Street, 4th Floor<br>Miami, FL 33145 |

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis of venue is CPLR § 503(c) based on Plaintiffs' residence in New York County.

Dated: New York, New York
      April 23, 2025

Brian L. Ponder, Esq.
BRIAN PONDER LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 450-9461 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR PLAINTIFFS

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM
NYSCEF DOC. NO. 1

INDEX NO. 155294/2025
RECEIVED NYSCEF: 04/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| ANTOINE KEANE, individually and as principal of KEEN VISION GROUP CO., KEEN VISION PROPERTIES, LLC, GLOBAL PRODUCTIVE BUSINESS, INC., and SFNY GROUP, INC.; KEEN VISION GROUP CO.; KEEN VISION PROPERTIES, LLC; GLOBAL PRODUCTIVE BUSINESS, INC.; and SFNY GROUP, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>CYNTHIA BANKS and 982 SW 159 DR LLC;<br><br>Defendants. | Index No.<br><br>**VERIFIED COMPLAINT;<br>JURY DEMAND** |

Plaintiffs (1) ANTOINE KEANE, individually and as principal of KEEN VISION GROUP CO., KEEN VISION PROPERTIES, LLC, GLOBAL PRODUCTIVE BUSINESS, INC., and SFNY GROUP, INC., (2) KEEN VISION GROUP CO., (3) KEEN VISION PROPERTIES, LLC, (4) GLOBAL PRODUCTIVE BUSINESS, INC., and (5) SFNY GROUP, INC. (collectively "Plaintiff"), via counsel, as and for their Verified Complaint and Jury Demand against Defendants CYNTHIA BANKS and 982 SW 159 DR LLC ("collectively "Defendants"), respectfully allege:

## I.    THE PARTIES

1. **Plaintiff Antoine Keane** ("Mr. Keane") is an individual and resident and citizen of the State of New York, residing in New York County. He is the principal of all entity Plaintiffs and a 75% member and manager of Defendant 982 SW 159 DR LLC.

2. **Plaintiff Keen Vision Group Co.** ("Keen Vision Group") is a business corporation organized under the laws of the State of Florida, with its principal place of business in New York County.

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM

NYSCEF DOC. NO. 1

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

3. **Plaintiff Keen Vision Properties, LLC** ("Keen Vision Properties") is a limited liability company organized under the laws of the State of Florida. Its sole member is Keane. Its principal place of business is in New York County.

4. **Plaintiff Global Productive Business, Inc.** ("Global Productive Business") is a business corporation organized under the laws of the State of New York, with its principal office located in New York County.

5. **Plaintiff SFNY Group, Inc.** ("SFNY Group") is a business corporation organized under the laws of the State of New York, with its principal office in New York County.

6. **Defendant Cynthia Banks** ("Ms. Banks") is an individual residing at 311 SW 70th Terrace, Pembroke Pines, FL 33023.

7. **Defendant 982 SW 159 DR LLC** is a Florida limited liability company with its principal place of business in Miami-Dade County. Antoine Keane is a 75% member and manager of the LLC; Cynthia Banks is the remaining 25% member.

## II.   JURISDICTION AND VENUE

8. Jurisdiction is proper under CPLR §§ 301 and 302 based on Defendants' business interactions with New York-based Plaintiffs and conduct causing injury in New York.

9. Venue is proper in New York County under CPLR § 503 because Plaintiffs are domiciled or headquartered in New York County and the events giving rise to this action occurred substantially therein.

## III.   FACTUAL BACKGROUND

10. Antoine Keane is the sole principal of all corporate Plaintiffs and holds a 75% membership interest in 982 SW 159 DR LLC, as of September 11, 2024.

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM

NYSCEF DOC. NO. 1

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

11. On that date, pursuant to a duly executed **Membership Interest Transfer Agreement,** Global Productive Business, Inc. transferred its 75% membership interest in 982 SW 159 DR LLC to Mr. Keane. Cynthia Banks consented to and signed the agreement, acknowledging the transaction.

12. Ms. Banks retains a 25% minority interest in 982 SW 159 DR LLC.

13. At a special meeting of members held the same day and attended by both Mr. Keane and Ms. Banks, Kristen White resigned as Operating Manager and Secretary of the LLC. The resignation was accepted, and Mr. Keane was elected Manager and Secretary by unanimous vote.

14. Articles of Amendment were filed with the Florida Secretary of State confirming:

   - Removal of Keen Vision Properties, LLC as Manager;

   - Appointment of Antoine Keane as Manager.

15. Despite these changes and her lack of interest in any of the Plaintiff entities, Ms. Banks, through her attorney, sent a demand letter addressed to "Antoine Keane, individually and on behalf of" all Plaintiffs and the LLC, asserting vague and unsupported legal claims and implying ownership rights in businesses to which she is unrelated.

16. Banks has also contacted third parties—including Citizens Bank and a mortgage broker— making false claims of fraud and attempting to gain access to business accounts unrelated to 982 SW 159 DR LLC.

17. These representations are knowingly false and have disrupted Plaintiffs' business relationships, banking operations, and commercial reputation in New York.

18. Plaintiffs have no legal relationship with Ms. Banks aside from the operating agreement for 982 SW 159 DR LLC, which limits her rights to those afforded to a 25% member.

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM

NYSCEF DOC. NO. 1

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

## IV.    FIRST CAUSE OF ACTION

### (Declaratory Judgment – CPLR § 3001)

19. Plaintiffs repeat and reallege paragraphs 1 through 18.

20. An actual controversy exists concerning Cynthia Banks' rights and her improper assertions of control or liability against Plaintiffs.

21. Plaintiffs seek a judicial declaration that: a. Cynthia Banks holds no ownership, control, or interest in any Plaintiff entity; b. Antoine Keane is the 75% member and Manager of 982 SW 159 DR LLC; c. Cynthia Banks' rights are limited to her 25% membership interest, subject to the Operating Agreement; d. Cynthia Banks is barred from asserting legal claims or making representations to the contrary.

## V.    SECOND CAUSE OF ACTION

### (Tortious Interference with Business Relations)

22. Plaintiffs repeat and reallege paragraphs 1 through 21.

23. Cynthia Banks made false and defamatory statements to financial institutions and third parties to interfere with Plaintiffs' ongoing operations and banking relationships.

24. These actions were intentional, malicious, and undertaken with knowledge that Banks lacked any ownership or agency authority over the affected entities.

25. As a result, Plaintiffs have suffered reputational damage, lost business opportunities, and actual interference with prospective contractual relations.

## VI.    THIRD CAUSE OF ACTION

### (Injunctive Relief – CPLR § 6301)

26. Plaintiffs repeat and reallege paragraphs 1 through 25.

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM

NYSCEF DOC. NO. 1

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

27. Absent injunctive relief, Ms. Banks is likely to continue contacting third parties and representing herself as having rights in the Plaintiff entities or in the operation of 982 SW 159 DR LLC beyond her limited 25% membership.

28. Plaintiffs seek preliminary and permanent injunctive relief enjoining Ms. Banks from: a. Making any representations regarding ownership or control of Plaintiffs; b. Contacting financial institutions or business partners of Plaintiffs; c. Initiating any legal proceedings based on non-existent rights in the Plaintiff entities; d. Acting or purporting to act on behalf of 982 SW 159 DR LLC without proper corporate authorization.

## VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment:

A. Declaring Cynthia Banks has no ownership, control, or rights in any Plaintiff entity, and no authority to bind or speak on behalf of 982 SW 159 DR LLC except as a 25% non-managing member;

B. Enjoining her from interfering with Plaintiffs' business operations and from asserting ownership or authority where none exists;

C. Awarding damages for tortious interference in an amount to be determined at trial;

D. Awarding costs and attorneys' fees; and

E. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: New York, New York
        April 23, 2025

Brian L. Ponder, Esq.
BRIAN PONDER LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 450-9461 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR PLAINTIFFS

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM
NYSCEF DOC. NO. 1

INDEX NO. 155294/2025
RECEIVED NYSCEF: 04/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| ANTOINE KEANE, individually and as principal of KEEN VISION GROUP CO., KEEN VISION PROPERTIES, LLC, GLOBAL PRODUCTIVE BUSINESS, INC., and SFNY GROUP, INC.; KEEN VISION GROUP CO.; KEEN VISION PROPERTIES, LLC; GLOBAL PRODUCTIVE BUSINESS, INC.; and SFNY GROUP, INC.;<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>CYNTHIA BANKS and 982 SW 159 DR LLC;<br><br>                                    Defendants. | Index No.<br><br>**PLAINTIFF'S VERIFICATION PURSUANT TO NY CPLR § 3020** |

STATE OF ___Texas___ )
                                    ) ss.:
COUNTY OF ___Harris___ )

I, **Antoine Keane**, the Plaintiff and authorized person for all entity plaintiffs in the within action, being duly sworn, deposes and says:

I have read the foregoing **Verified Complaint and Jury Demand** and know the contents thereof. The same is true to my knowledge, except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

The reason this verification is made by me and not by my attorney is because the facts are within my personal knowledge.

Dated: New York, New York
            April 23, 2025

_Antoine Keane_ 04/23/2025
Antoine Keane

Sworn to before me this
23rd day of April, 2025

_Lori Anita Moore Bartley_ 04/23/2025
Lori Anita Moore Bartley
Notary Public

State of ___Texas___
Commission No. ___13329348-9___
My Commission Expires: ___08/25/2025___

Lori Anita Moore Bartley
ID NUMBER
13329348-0
COMMISSION EXPIRES
August 25, 2025

Electronically signed and notarized online using the Proof platform.

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM    INDEX I.O. 155294/2025
NYSCEF DOC. NO. 2                                   RECEIVED NYSCEF: 04/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

ANTOINE KEANE, individually and as principal of
KEEN VISION GROUP CO., KEEN VISION
PROPERTIES, LLC, GLOBAL PRODUCTIVE

                         Plaintiff/Petitioner,

        - against -                                     Index No.

CYNTHIA BANKS and 982 SW 159 DR LLC,

                         Defendant/Respondent.

-------------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

You have received this Notice because:

   1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the
      New York State Courts E-filing system ("NYSCEF"), and

   2) You are a Defendant/Respondent (a party) in this case.

● **If you are represented by an attorney:**
   Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

● **If you are not represented by an attorney:**
   **You will be served with all documents in paper and you must serve and file your
   documents in paper, unless you choose to participate in e-filing.**

   If you choose to participate in e-filing, you **must** have access to a computer and a
   scanner or other device to convert documents into electronic format, a connection
   to the internet, and an e-mail address to receive service of documents.

   The **benefits of participating in e-filing** include:

           ● serving and filing your documents electronically

           ● free access to view and print your e-filed documents

           ● limiting your number of trips to the courthouse

           ● paying any court fees on-line (credit card needed)

To register for e-filing or for more information about how e-filing works:

   ● visit: www.nycourts.gov/efile-unrepresented or
   ● contact the Clerk's Office or Help Center at the court where the case was filed. Court
     contact information can be found at www.nycourts.gov

FILED: NEW YORK COUNTY CLERK 04/23/2025 11:34 AM

NYSCEF DOC. NO. 2

INDEX NO. 155294/2025

RECEIVED NYSCEF: 04/23/2025

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: April 23, 2025

Brian L. Ponder, Esq.
Name
BRIAN PONDER LLP

Firm Name

745 Fifth Avenue, Suite 500
Address

New York, New York 10151-0099

(646) 450-9461
Phone

brian@brianponder.com (not for servic
E-Mail

To:   CYNTHIA BANKS and

982 SW 159 DR LLC

Index   #                          Page 2 of 2                          6/6/18   EFM-1